# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LUIS FARIAS-CARDENAS**, | Case No. 3:23-cv-1875-JE |
| Petitioner, | **JUDGMENT** |
| v. | |
| **ISRAEL JACQUEZ**, | |
| Respondent. | |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED without prejudice.

DATED this 24th day of January, 2025.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT